Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff
ANDREW DEVEY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ANDREW DEVEY , | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| SUMMITT COLLECTION SERVICES., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**VERIFIED COMPLAINT**

ANDREW DEVEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against SUMMITT COLLECTION SERVICES (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Folsom, Sacramento County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company located in Reno, Nevada, and has office and conducts business in California.

11. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

12. During the month of December 2010, Defendant contacted Plaintiff via both written letter and telephone in an attempt to collect payment for a debt owed for an alleged medical bill (see Exhibit A).

13. In its letters to Plaintiff, Defendant threatened to file a lawsuit against Plaintiff if he did not pay Defendant. To date, no such action has been taken. Upon information and belief, this threat was a tactic employed to induce Plaintiff into making payment to Defendant (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that is not intended to be taken to wit: File a lawsuit against Plaintiff.

WHEREFORE, Plaintiff, ANDREW DEVEY, respectfully requests judgment be entered against Defendant, SUMMITT COLLECTION SERVICES., for the following:

15. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

19. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.13(j)* of the RFDCPA by making a false representation that a legal proceeding is about to be or will be instituted unless payment of a consumer debt is made.

    b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, ANDREW DEVEY, respectfully requests judgment be entered against Defendant, SUMMITT COLLECTION SERVICES, for the following:

20. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

21. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

22. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ANDREW DEVEY, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  February 17, 2011            KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff
ANDREW DEVEY

1
2
3
4       **VERIFICATION OF COMPLAINT AND CERTIFICATION**

5    STATE OF CALIFORNIA

6         Plaintiff, ANDREW DEVEY, states as follows:

7    1.   I am the Plaintiff in this civil proceeding.
     2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
8         that all of the facts contained in it are true, to the best of my knowledge, information
          and belief formed after reasonable inquiry.
9    3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
          law or by a good faith argument for the extension, modification or reversal of existing
10        law.
     4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
11        to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
          needless increase in the cost of litigation to any Defendant(s), named in the
12        Complaint.
     5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
13   6.   Each and every exhibit I have provided to my attorneys which has been attached to
          this Complaint is a true and correct copy of the original.
14   7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
          have not altered, changed, modified or fabricated these exhibits, except that some of
15        the attached exhibits may contain some of my own handwritten notations.

16        Pursuant to 28 U.S.C. § 1746(2), I, ANDREW DEVEY, hereby declare (or certify,
     verify or state) under penalty of perjury that the foregoing is true and correct.
17
18   DATE: 2/10/11                          _____
                                                     ANDREW DEVEY
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

491 Court Street
Reno, Nevada 89501

ADDRESS CORRECTION REQUESTED
PLEASE FORWARD
**$300.00 Fine for Personal Use**

**CONFIDENTIAL TO BE OPENED BY ADDRESSEE ONLY**

D- 11322

ANDREW DEVEY
1007 FOLSOM RANCH RD
FOLSOM, CA   95630

**SUMMIT COLLECTION SERVICES**
491 Court Street
Reno, Nevada 89501
VOICE (775) 323-1898     FACSIMILE (775) 323-1598

DATE: DECEMBER 31, 2010

RE:  **SIERRA HOSPITALIST**                                                    $437.48

As per our communication, enclosed please find WRITTEN VERIFICATION from our client and documentation to substantiate the claim against you.

Payment **IN FULL** is expected within SEVEN (7) day from the date of this notification.   Failure to do so will indicate a lack of cooperation and the need for more diligent collection procedures.

Should you have a conflicting position, your response is required within the same time frame.

This is an attempt to collect a debt.   Any information
obtained will be used for that purpose.

Regards,

*Debbie Clark*

Summit Collection Services
Debbie Clark

SUMMIT SERVICES
491 COURT STREET
RENO, NEVADA 89501

ADDRESS SERVICE REQUESTED

December 13, 2010

**CONFIDENTIAL-TO BE OPENED BY ADDRESSEE ONLY**
ANDREW D DEVEY             111322
10175 Gold Mine dr
Reno, NV 89521



# SUMMIT COLLECTION SERVICES
### 491 Court Street Reno, Nevada 89501
VOICE (775) 323-1898   FAX (775) 323-1598

RE:   SIERRA HOSPITALISTS LLC     33363                               $436.48

                                              TOTAL:                  $436.48

Dear ANDREW D DEVEY,

Please be advised that you must contact this office or the entire balance of your account must be paid IN FULL with in 48 hours. Failure to comply will result in our immediate transfer of your account to our attorney with recommendations that litigation be instituted against you.

Once litigation has commenced, payment arrangements will not be accepted. Additionally, all legal fees and costs will be added to the amount you already owe, this could significantly increase the balance of your account.

Sincerely,

MATT BENNETT (775) 323-1588

This is an attempt to collect a debt. Any information obtained will be used for that purpose.